UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JOHN E. GRIBBONS, )
 )
        Plaintiff, )
  vs. ) 1:05-cv-127-SEB-VSS
 )
DR. DOBYNS, )
        Defendant. )

## E N T R Y

This cause is dismissed for failure to prosecute, a disposition based on the plaintiff's failure to proceed as directed in paragraph 1 of Entry of July 10, 2006. Given the age of the case and the circumstances under which the plaintiff has abandoned it, the dismissal shall be with prejudice.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 08/29/2006

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana