UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

JOHN E. GRIBBONS,                        )
                                         )
        Plaintiff,              )
  vs.                                    )       1:05-cv-127-SEB-VSS
                                         )
DR. DOBYNS,                              )
                                         )
        Defendant.             )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 08/29/2006

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John E. Gribbons
DOC #996314
Wabash Valley Correctional Facility
P.O. Box 1111
Carlisle, IN 47838-1111

Andrew Ryzard Bloch
ZEIGLER COHEN & KOCH
abloch@zcklaw.com